IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL DANIEL RUFF, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| vs. | ) CASE NO. 2:12-cv-410-WHA |
| | ) |
| STATE OF ALABAMA, CHARLES PRICE, | ) (WO) |
| ELEANOR I. BROOKS, DIRECTOR OF THE | ) |
| ALABAMA THERAPEUTIC EDUCATION | ) |
| FACILITY, and LUTHER STRANGE, | ) |
| | ) |
| Respondents. | ) |

## **FINAL JUDGMENT**

In accordance with the order entered in this case on this day,

Final Judgment is entered in favor of the Respondents and against the Petitioner, and this case is DISMISSED with prejudice.

DONE this 8th day of April, 2015.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE